**No. 62977.**—L. Batlin & Son, Inc. v. United States, protests 58/1562, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of toy tea sets similar in all material respects to those the subject of *B. Shackman & Co. et al.* v. *United States* (28 Cust. Ct. 298, C.D. 1426), the claim of the plaintiff was sustained.